IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AUDREY MELENA, | ) | 8:10CV337 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WADIE THOMAS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

    This matter is before the court on its own motion. On September 20, 2010, the court entered a Memorandum and Order that directed Petitioner to apprise the court of her current address. (Filing No. 5.) In this Memorandum and Order, the court cautioned Petitioner that failure to apprise the court of her address by October 20, 2010, would result in the dismissal of this case without further notice. (*Id.*) Petitioner failed to respond.

    IT IS THEREFORE ORDERED that:

    1.    This matter is dismissed without prejudice for failure to comply with the court's orders.

    2.    A separate judgment will be entered in accordance with this Memorandum and Order.

    3.    All pending Motions are denied.

DATED this 26th day of October, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.